## Ira Orban, Appellee, v. City of Chicago, Appellant.

Gen. No. 41,743.

opinion filed January 19, 1942. Barnet Hodes, Corporation Counsel, for appellant; James A. Velde, Paul A. H. Shults and Barney Fagen, Assistant Corporation Counsel, of counsel; Finn & Fitzpatrick and J. W. Horwitz, for appellee; Robert S. Cook, of counsel. Opinion by JUSTICE MATCHETT. ''Not to be published in full.''